UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DUCHAN<br><br>    Plaintiff,<br><br>    v.<br><br>PI-AQUA, INC. dba NORTH HOLLYWOOD SPA,<br><br>    Defendant. | Case No. 2:24-cv-8137-PA-AGR<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

**ORDER**

Based on the Parties' stipulation the case is dismissed in its entirety without prejudice. The Court shall retain jurisdiction for 35 days to enforce the settlement if needed.  The Parties shall file a dismissal with prejudice with 35 days, or a status update showing good cause for why the case should not be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 2, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE